IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND M. KRUSHIN, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-16-1540 |
| | : |
| DOCTOR GUNNER KOSEK, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | |
|---|---|
| RAYMOND M. KRUSHIN, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 4:CV-16-2140 |
| | : |
| DOCTOR GUNNER KOSEK, ET AL., | : (Judge Brann) |
| | : |
| Defendants | : |

## **ORDER**

October 28, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

    1.    The Clerk of Court is directed to **CONSOLIDATE** Krushin

   v. Kosek, et al., Civil No. 4:CV-16-2140 into Krushin v. Kosek, et al.,Civil No. 4:CV-16-1540.

2. The Clerk of Court is directed to **CLOSE** the case of Krushin v. Kosek, et al., Civil No. 4:CV-16-2140

3. Defendant Correct Care Solutions' motion (Doc. 14) for an enlargement of time in Krushin, Civil No. 4:CV-16-1540 **is GRANTED**.

4. Defendants may file a response to the consolidated complaints on or before December 28, 2016.

  BY THE COURT:

   s/   Matthew W. Brann
  Matthew W. Brann
  United States District Judge