## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND M. KRUSHIN,               :
                                                  :

       Plaintiff                 :

                                                    :

       v.                          :    No. 4:16-CV-1540

                                                    :

DOCTOR GUNNER KOSEK,              :    (Judge Brann)
ET AL.,                                        :

                                                  :

       Defendants              :

## ORDER

**AND NOW**, this 7th day of August 2018, for the reasons set forth in the

accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Defendants Correct Care and Doctor Diaz's motion for partial

       dismissal  (Doc. 37) is **GRANTED IN PART**.

2.    Dismissal is **GRANTED** in favor of the Moving Defendants with

       respect tot Plaintiff's claims of denial of physical therapy, pain

       medication, and orthopedic shoes.

3.    The request for dismissal of the claim of failure to provide seizure

       medication is **DENIED**.

                                     BY THE COURT:


                                     *s/ Matthew W. Brann*
                                     Matthew W. Brann
                                     United States District Judge